THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REPLY S.P.A., | CASE NO. C19-0450-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SENSORIA, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to dismiss or in the alternative to transfer venue (Dkt. No. 22). The Court hereby ORDERS the parties to provide supplemental briefing regarding the following issues:

1. What law governs the interpretation of the forum selection clause in the March and October loan agreements formed between Plaintiff and Defendant Sensoria, Inc. ("Section 8.2")?
2. Assuming that Italian law governs the interpretation of Section 8.2:
   a. How should Section 8.2 be interpreted generally?
   b. How should the second clause of Section 8.2 be interpreted in light of the first clause of Section 8.2?

3. How should the following terms in Section 8.2 be interpreted under Italian law: "execution," "exclusive jurisdiction," and "other judicial authority"?

The parties are ORDERED to submit their supplemental briefs no later than July 17, 2019. Supplemental briefs shall not exceed five double-spaced pages. The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. No. 22) to July 17, 2019.

DATED this 10th day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk